UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY KATHERINE DAY-PETRANO and
DAVID FRANK PETRANO,

    Plaintiffs,

v.	CASE NO: 8:05-cv-1182-T-23TBM

THERON HUTTO,

    Defendant.
_____/

**ORDER**

Pursuant to Local Rules 1.03(d) and 1.04(b), this action is **TRANSFERRED**, with consent, to the Honorable James D. Whittemore for all further proceedings.

ORDERED in Tampa, Florida, on June 30, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    The Honorable James D. Whittemore
       US Magistrate Judge