UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID F. PETRANO and MARY
KATHERINE DAY-PETRANO,
          Plaintiffs,

vs.                                    Case No. 8:05-CV-1182-T-27EAJ

THERON HUTTO, individually and in his
capacity as substitute custodian of The Vessel
M/V "Mistress,"
          Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge recommending that Plaintiffs' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 69) be denied. (Dkt. 70). Plaintiffs have filed objections to the Report and Recommendation (Dkt. 71).

Plaintiffs object to the Report and Recommendation on grounds that it failed "to meet the admissible evidentiary requirements of Fed. R. Evid. 702 and *Daubert v. Merrel Dow Pharmaceuticals, Inc.*, 113 S. Ct. 2786 (1993)." (Dkt. 71, p. 2). Specifically, Plaintiffs argue that "the Magistrate was required (but failed) to appoint experts as a threshold matter before she was authorized to make her findings upon which she imputed income to deny Appellants *in forma pauperis* relief to which they are entitled." (Dkt. 71, p. 2). Plaintiffs have not cited any authority for this objection, and in fact, Plaintiffs' arguments are wholly without merit. Moreover, because the Magistrate recommended that Plaintiffs' motion be denied on grounds that their claims were "baseless" and "meritless," the Magistrate did not reach the issue of Plaintiffs' financial ability to pay the requisite filing fees. (Dkt. 70, p. 8 n.3).

1

Plaintiffs' objections based on the Magistrate's alleged failure to consider their disabilities and her allegedly inappropriate consideration of David Petrano's bankruptcy case are irrelevant and are not supported by the record. Plaintiffs' remaining objections are either repetitive, irrelevant, and/or nonsensical.

After careful consideration of the Report and Recommendation and Plaintiffs' objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation (Dkt. 70) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiffs' Motion for Leave to Appeal *In Forma Pauperis* (Dkt. 69) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 10th day of August, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Parties
Counsel of Record